ANNIE M. AUSTIN, Appellant, *v.* THE BUFFALO ELECTRIC VEHICLE COMPANY, Respondent.

*Austin* v. *Buffalo Electric Vehicle Co.*, 173 App. Div. 925, appeal dismissed.

(Argued November 18, 1918; decided December 3, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 14, 1916, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while attending an electrical show in New York city entered a booth in which there were three automobiles manufactured by defendant. While she was examining the exhibits one of these automobiles was set in motion by a bystander, struck the plaintiff, and caused the injuries complained of. The Appellate Division held that it did not appear from the evidence that the automobile which caused the injury was in the possession or under the control of the defendant and that it did appear that the proximate cause of the injury was the negligent act of a third person for which the defendant was not responsible. The appellant died pending the appeal.

*Litchfield F. Moynahan* and *Adrian R. Moynahan* for appellant.

*Harold G. Aron* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.